VIRA C. KINEON, Respondent, *v.* OSCAR N. HOFFMAN et al., Appellants, Impleaded with Others.

*Fraudulent conveyance — action to set aside as fraudulent certain transfers of stock.*

*Kineon* v. *Bonsall,* 194 App. Div. 110, affirmed.

(Argued January 19, 1922; decided February 3, 1922.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered December 27, 1920, unanimously affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at an Equity Term. The judgment set aside as fraudulent as against plaintiff certain transfers of stocks, appointed a receiver thereof, required the defendants to indorse and turn over the certificates to the receiver and directed the receiver to sell the stock and apply the proceeds to satisfy a judgment recovered by the plaintiff in an action brought by her to compel one Bonsall to account for moneys invested by him as her agent under a power of attorney executed by her after she became of age and at a time when he stood toward her *in loco parentis* and she was without independent advice, execution thereon having been returned unsatisfied.

*Abraham Benedict, Adam K. Stricker* and *Lee Parsons Davis,* for appellants.

*Frank A. Gaynor* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.